

# Fourth Court of Appeals
## San Antonio, Texas

October 12, 2016

No. 04-16-00497-CR

**IN RE** Juan Robert **RODRIGUEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
                Karen Angelini, Justice
                Marialyn Barnard, Justice

Relator filed this petition for writ of mandamus on August 8, 2016, complaining that the trial court had not ruled on a motion nunc pro tunc filed by Relator. On September 20, 2016, Respondent signed an order denying the motion nunc pro tunc. Because the trial court has ruled on the motion, Relator's petition for writ of mandamus has been rendered moot. Accordingly, this original mandamus proceeding is DISMISSED AS MOOT. Relator's motion to compel discovery is DENIED.

It is so **ORDERED** on October 12, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of October, 2016.

_Keith E. Hottle_
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 1990CR1294, styled *State of Texas v. Juan Robert Rodriguez*, pending in the 227th Judicial District Court, Bexar County, Texas, the Honorable Kevin M. O'Connell presiding.